# United States District Court
## Violation Notice

WW13

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4952784 | AYBAR | |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged: ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 3/28/2015 | 18 USC 1382 |

Place of Offense

JOINT Base Lewis - McChord

Offense Description: Factual Basis for Charge          HAZMAT ☐

TRESPASSING

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| SERDUINA | DINO | C |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

**A** ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

**B** ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 150   Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ 175   **Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 01/2011)          Original - CVB Copy

CVB SCAN OCT 30, 2015 10:55

4952784

CR15-5344

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

_____

_____

_____

The foregoing statement is based upon:

☐ my personal observation     ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN OCT 30, 2015 10:55